UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:07CV219 CDP ) |
| MILLER CONTRACTING SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

The defendant having failed to file an opposition to plaintiffs' motion to enforce consent judgment,

**IT IS HEREBY ORDERED** that plaintiffs shall file a proposed Order granting the relief sought in the motion for the Court's consideration.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of October, 2007.